# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JERI L. DIESINGER,** | **:** | **CIVIL ACTION** |
| **Plaintiff** | **:** | |
| | **:** | |
| **v.** | **:** | **NO. 09-1237** |
| | **:** | |
| **WEST PIKELAND TWP.,** | **:** | |
| **Defendant** | **:** | |

## O R D E R

**STENGEL, J.**


**AND NOW**, this 2nd day of September, 2009, upon consideration of the motion to

dismiss (Document #7), it is hereby ORDERED that the motion is GRANTED as follows:

1.      Count I of the Complaint is DISMISSED.

2.      Count II of the Complaint is DISMISSED WITHOUT PREJUDICE.

The Clerk of Court shall mark this case CLOSED for statistical purposes.


BY THE COURT:


 /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.